Roberta Steele, Cal. Bar No. 188198
U.S. Equal Employment
Opportunity Commission
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Email:  roberta.steele@eeoc.gov

Damien Lee, D.C. Bar No. 430135
Amos Blackman, Wash. Bar No. 50331
U.S. Equal Employment
Opportunity Commission
Seattle Field Office
909 1st Ave., Suite 400
Seattle, WA  98104
Telephone: (206) 576-3027
Fax: (206) 220-6911
Email:  damien.lee@eeoc.gov
          amos.blackman@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission,<br><br>        Plaintiff,<br><br>    v.<br><br>Erickson Framing Operations LLC,<br><br>        Defendant. | No.<br><br><br><br><br><br>COMPLAINT |

## **NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 *et seq.* ("Title VII"), for an order directing Erickson Framing Operations LLC ("Defendant") to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§ 1602.7–1602.14, for each

calendar year for which Defendant is in violation of its reporting obligations. The U.S. Equal Employment Opportunity Commission ("EEOC") alleges that in prior reporting years, including calendar years 2021 and 2022, and despite written notices and demands from the EEOC, Defendant has failed and refused to fully comply with its obligation to file such reports, in violation of said statute and regulations.

### JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder.

2.      Venue in this Court is proper as Defendant is found, resides, and transacts business within the jurisdiction of the United States District Court for the District of Arizona.

### PARTIES

3.      Plaintiff, the U.S. Equal Employment Opportunity Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder, 29 C.F.R. § 1602.9.

4.      At all relevant times, Defendant, Erickson Framing Operations LLC, has been continuously found, residing, and transacting business in the State of Arizona, specifically in the city of Chandler, and continuously employing at least 100 employees.

5.      At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g), and (h).

### STATEMENT OF CLAIMS

6.      In 2021, Defendant had 100 or more employees.

7.      Defendant was under a duty to file an EEO-1 report for 2021.

/ / /

8.      The EEOC issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2021.

9.      Defendant failed and refused to fully comply with its obligation to prepare, execute, and file an accurate and complete EEO-1 report for 2021.

10.     As of the date of this action, Defendant has never filed its required EEO-1 report for 2021.

11.     In 2022, Defendant had 100 or more employees.

12.     The EEOC issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2022.

13.     Defendant failed and refused to fully comply with its obligation to prepare, execute, and file an accurate and complete EEO-1 report for 2022.

14.     As of the date of this action, Defendant has never filed its required EEO-1 report for 2022.

**CLAIM FOR RELIEF**

15.     The allegations contained in the foregoing paragraphs 6 through 14 are hereby incorporated by reference with the same force and effect as if fully set forth herein.

16.     Defendant's failure and refusal to file EEO-1 reports is in violation of Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§ 1602.7–1602.14.

**PRAYER FOR RELIEF**

Wherefore, the EEOC respectfully requests that this Court:

A.      Order that Defendant, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each prior calendar year for which it has failed to file requisite reports, including 2021 and 2022;

B.      Order that Defendant file accurate and complete EEO-1 reports as required by law for each calendar year in the future;

1        C.        Grant such further relief as the Court deems necessary and proper in the public

2    interest; and,

3        D.        Award the EEOC its costs of this action.

4                                            DATED this 28th day of May, 2024.

5                                                    U.S. Equal Employment
                                                     Opportunity Commission
6
7                                                    Karla Gilbride
                                                     General Counsel
8
                                                     Christopher Lage
9                                                    Deputy General Counsel

                                                     */s/ Roberta Steele*
10                                                   Roberta Steele
                                                     Regional Attorney
11                                                   San Francisco District Office
                                                     Email: roberta.steele@eeoc.gov
12
                                                     */s/ Damien Lee*
13                                                   Damien Lee
                                                     Assistant Regional Attorney
14                                                   Seattle Field Office
                                                     Email: damien.lee@eeoc.gov
15
                                                     */s/ Amos Blackman*
16                                                   Amos Blackman
                                                     Senior Trial Attorney
17
                                                     U.S. EQUAL EMPLOYMENT
18                                                   OPPORTUNITY COMMISSION
                                                     Seattle Field Office
19                                                   909 1st Ave., Suite 400
                                                     Seattle, WA  98104
20                                                   Telephone No. (206) 576-3027
                                                     Fax No. (206) 220-6911
21                                                   Email: amos.blackman@eeoc.gov

22                                                   Attorneys for Plaintiff

23

24

25

26